COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| JERRY-JACOB JAMES CORONA, | § | No. 08-23-00116-CR |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | 81st/218th Judicial District Court |
| THE STATE OF TEXAS, | § | of Atascosa County, Texas |
| Appellee. | § | (TC# 22-01-0002-CRA) |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF SEPTEMBER 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.